

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00491-CR
### NO. 02-13-00492-CR

---

DENNIS RICK JOHNSON                                      APPELLANT

V.

THE STATE OF TEXAS                                           STATE

----------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On September 27, 2013, pursuant to a plea-bargain agreement, Appellant Dennis Rick Johnson pleaded guilty to aggravated robbery with a deadly weapon. In accordance with the agreement, the trial court convicted Appellant of that offense and sentenced him to twenty-five years' confinement. The trial court

---

[1]*See* Tex. R. App. P. 47.4.

certified that this is a plea-bargain case and that Appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On October 11, 2013, Appellant filed a pro se notice of appeal. On October 14, 2013, this court notified Appellant of our concern that we lacked jurisdiction over this appeal and advised that the appeal could be dismissed unless Appellant or any party timely sent us a reply stating the grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. Appellant responded, but the response does not provide any grounds for continuing this appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *Jackson v. State*, 168 S.W.3d 239, 243 (Tex. App.—Fort Worth 2005, no pet.).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  November 14, 2013

2